*D. H. Colerick* and *John Colerick*, for the appellant.

*Wm. H. Coombs*, for the appellee.

------

### MATLOCK v. THE INDIANA AND ILLINOIS CENTRAL RAILROAD COMPANY.

*Friday,*       APPEAL from the *Hendricks* Circuit Court.
*May 31.*
               *Per Curiam.*—The judgment in this case is affirmed, with

5 per cent. damages, and costs, on the authority of the case of *The State* v. *Bailey et al.*, *ante*, p. 46.

    *H. C. Newcomb* and *John Tarkington*, for the appellant.

    *C. C. Nave* and *J. Witherow*, for the appellee.